# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1263
L.T. Case No. 2012-CF-000810-A

_____

ROBERT MOYNIHAN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Robert Moynihan, Perry, pro se.

No Appearance for Appellee.

August 20, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____